ValueClick

### Receipt – Acknowledgement – Acceptance of Document Distribution

- I understand that the following documents contain many policies and terms of employment and directorship with ValueClick (the "Employment Documents"):
    Code of Ethics and Business Conduct
    Confidential Information and Invention Assignment Agreement
    Employee Handbook

- I understand and acknowledge that the Code of Ethics and Business Conduct, Confidential Information and Invention Assignment Agreement and the Employee Handbook are provided annually to employees for review and acknowledgement.

- I acknowledge that I have received an electronic version or hard copy of these documents for my review, reference, and acknowledgment, and that a current copy of each can be found on VC Central or by requesting a copy from my local Human Resource Representative.

- I understand that ValueClick policies and/or practices may be changed at any time by ValueClick, except ValueClick's policy of at-will employment. ValueClick's policy of at-will employment may not be changed or modified in any manner without the written approval of ValueClick's Chief Executive Officer.

- I understand that it is my responsibility to read, understand and keep up-to-date with the contents of the Employment Documents. I will seek clarification or further information as needed. I have been afforded the opportunity to ask any questions I have concerning the contents of each of the Employment Documents and the related Compliance Program. If I should have any questions regarding the Employment Documents I will contact the Vice President of Human Resources for clarification.

- I understand and accept all of the terms and conditions of these Employment Documents.

- I acknowledge that I am not aware of any violation of the Employment Documents. I understand that any breach or violation of the codes and polices contained in the Employment Documents may result in disciplinary action including, but not limited to, the termination of my employment and/or directorship (if such directorship termination is in accordance with the bylaws and related procedures established for ValueClick).

- I acknowledge that ValueClick has established a Disclosure Committee comprised of its Chief Administrative Officer, Chief Financial Officer, General Counsel, Director of Corporate Governance, Vice President of Human Resources, an outside attorney and the Chairman of the Audit Committee.

- I acknowledge that I am free to report any violations of the policies in the Employment Documents to my supervisor or to any member of the Disclosure Committee and that if I become aware of any violations, I will report such violation(s) to ValueClick pursuant to ValueClick's reporting procedures.

**Please sign and deliver a copy of this acknowledgement form to your respective Human Resources Representative by November 30, 2007 and retain a copy for your records. Please do not sign this document until you have read the above acknowledgements and understanding provisions.**

_____    GUY KUSLOFF    1-3-07  be 2008
Signature                   Printed Name     Date  Should be MG.

Exhibit C