## VERIFICATION

I, William Todd, hereby certify as follows:

1. I am the Senior Vice President for Sales in North America for ValueClick, Inc. I am authorized to make this Verification on ValueClick's behalf.

2. I have read the attached Verified Complaint and, based on my personal knowedge and my knowledge of information reported to me by my subordinates and colleagues who report to me, the factual allegations contained in the Verified Complaint are true.

3. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 12, 2008

_____
WILLIAM TODD