# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number:

ValueClick, Inc.

v.

Guy Rudloff                                         **08 C 904**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ValueClick, Inc.                                    **JUDGE ASPEN**
                                                    **MAGISTRATE JUDGE COX**

| | |
|---|---|
| NAME (Type or print) <br> Robert P. Greenspoon, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert P. Greenspoon | |
| FIRM <br> Flachsbart & Greenspoon, LLC | |
| STREET ADDRESS <br> 53 W. Jackson Blvd., Suite 652 | |
| CITY/STATE/ZIP <br> Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6229357 | TELEPHONE NUMBER <br> 312-431-3800 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐