## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VALUECLICK, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:08-VC-904 |
| | ) | |
| GUY RUDLOFF, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant | ) | |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, ValueClick, Inc. ("ValueClick") hereby voluntarily dismisses this cause of action without prejudice pursuant to Rule 41(a). Defendant has neither filed an answer nor a motion for summary judgment.

Respectfully submitted,
ValueClick, Inc.

/s/ William W. Flachsbart
William W. Flachsbart
Flachsbart & Greenspoon, LLC
53 W. Jackson Blvd., Suite 652
Chicago, Illinois 60604
(312) 431-3800
Fax: (312) 431-3810

Counsel for Plaintiff,
ValueClick, Inc.

## **CERTIFICATE OF SERVICE**

    I, William W. Flachsbart, attorney for plaintiff, hereby certify that on February 27, 2008, I caused to be served a true and correct copy of **NOTICE OF DISMISSAL** to the following party, via first class mail:

Guy Rudolff
857 North Wood Street, No. 3
Chicago, Illinois 60622
773-848-6996
jacorguy@aol.com

                                            /s/ William W. Flachsbart